LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
  *perry.viscounty@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
714.540.1235 / 714.755.8290 (Fax)

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
  *jennifer.barry@lw.com*
  Patrick C. Justman (Bar No. 281324)
  *patrick.justman@lw.com*
12670 High Bluff Drive
San Diego, CA  92130
858.523.5400 / 858.523.5450 (Fax)

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE INNOVATION INITIATIVE, a California corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 8:17-cv-02261-JVS-KES<br><br>**DECLARATION OF PATRICK C. JUSTMAN IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT THE INNOVATION INITIATIVE** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 8:17-cv-02261-JVS-KES
DECLARATION OF P. JUSTMAN IN SUPPORT OF
REQUEST FOR ENTRY OF DEFAULT

I, Patrick C. Justman, declare as follows:

1. I am an attorney with the firm of Latham & Watkins LLP, counsel for Plaintiff Entrepreneur Media, Inc. ("EMI") in the above-entitled action.

2. I submit this Declaration in support of Plaintiff's Request for Entry of Default against Defendant The Innovation Initiative ("Defendant"). The facts set forth below are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3. On December 28, 2017, EMI filed its Complaint against Defendant. Dkt. No. 1.

4. On March 28, 2018, EMI filed a motion for an order allowing EMI to serve Defendant The Innovation Initiative via known active email addresses and social media webpages. (Dkt. No. 11).

5. The Court granted EMI's motion for an order allowing alternative service on May 7, 2018. Dkt. No. 16.

6. Defendant was duly served with the Complaint and related documents on May 21, 2018. Dkt. No. 17.

7. Pursuant to Fed. R. Civ. P. 12(a), Defendant's response to the Complaint was due on June 11, 2018.

8. As of this filing, Defendant has not answered or otherwise responded to EMI's Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, California on June 13, 2018.

/s/ *Patrick C. Justman*
Patrick C. Justman